```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13860
    VALERIE D JORDAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8036

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 10/27/2006 and was confirmed 02/15/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  65.00%.

        The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
    CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                    PAID            PAID
--------------------------------------------------------------------------------
    COMMONWEALTH EDISON          UNSECURED         948.17            .00             .00
    HSBC AUTO FINANCE            SECURED VEHIC    6185.00            .00          270.00
    NICOR GAS                    UNSECURED      NOT FILED            .00             .00
    OPTION ONE MORTGAGE          CURRENT MORTG   7798.80            .00         7798.80
    VILLAGE OF PARK FOREST       SECURED NOT I       .00            .00             .00
    HSBC AUTO FINANCE            UNSECURED       8103.78            .00             .00
    OPTION ONE MORTGAGE          MORTGAGE ARRE  16386.50            .00             .00
    RENTWAY                      UNSECURED      NOT FILED            .00             .00
    JEFFERSON CAPITAL SYSTEM     UNSECURED        893.28            .00             .00
    ILLINOIS DEPARTMENT OF R     SECURED NOT I   2830.45            .00             .00
    ILLINOIS DEPARTMENT OF R     UNSECURED       1428.89            .00             .00
    ILLINOIS DEPT OF REV         PRIORITY        2388.02            .00             .00
    COMMONWEALTH EDISON          FILED LATE       948.17            .00             .00
    DEBRA J VORHIES LEVINE       DEBTOR ATTY    1,314.00                            .00
    TOM VAUGHN                   TRUSTEE                                         531.20
    DEBTOR REFUND                REFUND                                             .00

            Summary of Receipts and Disbursements:
    --------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
    --------------------------------------------------------------------------------
    TRUSTEE                    8,600.00

    PRIORITY                                              .00
    SECURED                                          8,068.80
    UNSECURED                                             .00
    ADMINISTRATIVE                                        .00
    TRUSTEE COMPENSATION                               531.20
    DEBTOR REFUND                                         .00
                            ---------------     ---------------
    TOTALS                     8,600.00            8,600.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 13860 VALERIE D JORDAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 13860 VALERIE D JORDAN